IN THE MATTER OF THE REVOCATION OF THE CERTIFICATE OF PUBLIC CONVENIENCE AND NECESSITY OF SCHAPER DISPOSAL WORKS, INC.

October 13, 1987.

Petition for certification denied.

SMITH & SOLOMON TRUCKING, CO. v. LOCAL MOTOR FREIGHT DRIVERS, DOCKMEN AND HELPERS, LOCAL UNION NO. 701.

October 13, 1987.

Petition for certification denied.

DONNA FRAME v. DR. N. KOTHARI, M.D. AND HEALTH CARE PLAN OF NEW JERSEY.

October 13, 1987.

Petition for certification granted. (See 218 *N.J.Super.* 537).

STAMATIS GOLFINOPOULOS v. MICHAEL PADULA AND PRISCILLA G. WILSON.

October 13, 1987.

Petition for certification denied. (See 218 *N.J.Super.* 38).